FILED

15 MAR -2 PM 4: 05

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

acc    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>IAN ANTHONY SCOTT,<br><br>        Defendant. | Case No. 05CR1650-002-BTM<br><br>Judgment and<br>ORDER DISMISSING<br>INDICTMENT WITHOUT PREJUDICE |

IT IS HEREBY ORDERED THAT, based upon the motion of the United States of America to dismiss the Indictment, and for good cause shown, the Indictment is dismissed without prejudice as to Defendant Ian Anthony Scott.

Dated: 3/2/2015

_Barry Ted Moskowitz_
HONORABLE BARRY T. MOSKOWITZ
Chief Judge